UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE LUIS SAAVEDRA FLORES, <br> TDCJ No. 02047453, <br> <br> Petitioner, <br> <br> v. <br> <br> BOBBY LUMPKIN, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br> <br> Respondent. | § § § § § § § § § § § § § § | CIVIL NO. SA-24-CV-0115-FB |

**J U D G M E N T**

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by petitioner Jose Luis Saavedra Flores is **DISMISSED WITHOUT PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so ORDERED.

SIGNED this 7th day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE